# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ADMERSON CLEBER-EUGENIO VICENTE-VICENTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1083

[October 28, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432015CF001180A.

Admerson Cleber-Eugenio Vicente-Vicente, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***